```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
STEVEN THEODORE SYDER,


                Petitioner,                    O R D E R

        - against -                       22 Civ. 9896 (NRB)
                                          17 Cr. 54-3 (NRB)


UNITED STATES OF AMERICA,

                Respondent.
--------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court, having reviewed petitioner's motion brought under 28 U.S.C. § 2255 (ECF No. 1) and his letter requesting an extension of time to file a memorandum in support of his § 2255 motion (ECF No. 2), it is hereby:

**ORDERED** that Petitioner's request for ninety (90) days to submit a memorandum in support of his § 2255 motion is granted, without prejudice to the resolution of the issue of whether his motion was timely filed; and it is further

**ORDERED** that all papers filed or submitted for filing must include the criminal docket number and should be docketed in both the criminal and civil cases.

Dated:    New York, New York
          December 1, 2022

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

A copy of this order has been mailed to:

**Petitioner (*pro se*)**

Steven Theodore Syder

**Copies of the foregoing Order have been mailed to the following**:

Steven Theodore Syder (#78651-054)

FCI Ray Brook

P.O. Box 900

Ray Brook, NY 12977-0900

United States Attorney's Office, SDNY

Attn: Criminal Division

One Saint Andrew's Plaza

New York, NY 10007